EDWARD J. CHAPIN, APPELLANT, *v.* JOSEPH THOMP-
SON, RESPONDENT, IMPLEADED, &C.
Order affirmed, with $10 costs, and disbursements.

HERMAN VEEDER, RESPONDENT, *v.* BENJAMIN M. BAKER,
APPELLANT.
Order affirmed, with $10 costs, and disbursements.
Memorandum by LEARNED, P. J.

JAMES H. VAN GELDER, RESPONDENT, *v.* DAVID H.
VAN GELDER AND OTHERS, APPELLANTS.
Order reversed, with $10 costs, and disbursements, and motion
denied, with $10 costs.

GEORGE S. MISNER, RESPONDENT, *v.* THE ULSTER &
DELAWARE RAILROAD COMPANY, APPELLANT.
Affirmed, with costs.

FEIST LEWALD, RESPONDENT, *v.* HENRY G. BURLEIGH
AND BRACKETT W. BURLEIGH, APPELLANTS.
Judgment affirmed, with costs.

CHAUNCEY R. N. CHAMPLIN, APPELLANT, *v.* GEORGE
W. NICKERSON AND ANDREW M. LOW, RESPONDENTS.
Judgment affirmed, with costs.

JACOB LEPPER AND FREDERICK LEPPER, RESPONDENTS,
*v.* REBECCA LEPPER, APPELLANT.
Judgment affirmed, with costs.

CHARLES T. LELAND, RESPONDENT, *v.* THE GLEN'S
FALLS, LAKE GEORGE & CHESTER STAGE COM-
PANY, APPELLANT.
Judgment affirmed, with costs.

HARVEY J. KING, RESPONDENT, *v.* OSCAR B. ARNOLD,
APPELLANT.
Order affirmed, with $10 costs and disbursements.